IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

LONNIE K. CRANE,

        Plaintiff,

v.                                           CIVIL ACTION NO. 3:19-0421

CLIFTON R. HUDSON, PH.D.,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court grant the Motion to Dismiss of the defendant (ECF No. 11); dismiss the complaint (ECF No. 3), with prejudice; and remove this matter from the docket of the Court. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **GRANTS** Defendant's Motion to Dismiss (ECF No. 11); **DISMISSES** the complaint (ECF No. 3), with prejudice; and **REMOVES** this matter from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:      October 17, 2019

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE